**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. _____ |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| MAYRA ORTIZ CRUZ,    ) | |
| ) | |
| Defendant.    ) | |
| _____ ) | |

**COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS
TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS**

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General, brings this civil action to collect unpaid internal revenue tax liabilities assessed against Mayra Ortiz Cruz and foreclose associated federal tax liens against real property Mayra Ortiz Cruz owns.

JURISDICTION AND VENUE

1. Jurisdiction for this action is conferred on the Court by 28 U.S.C. §§ 1331, 1340, and 1345, and by 26 U.S.C. §§ 7402 and 7403.

2. Venue is proper in this action by virtue of 28 U.S.C. §§ 1391 and 1396.

PARTIES

3. Plaintiff is the United States of America.

4. Defendant Mayra Ortiz Cruz is a resident of B2 Quintas Del Rey Carr 114 KM14.6, San German, PR 00683, which is within the jurisdiction of this Court.

1

COUNT I

REDUCE FEDERAL SELF-EMPLOYMENT TAX ASSESSMENTS TO JUDGMENT

5. On June 6, 2016, a delegate of the Secretary of Treasury of the United States assessed against Mayra Ortiz Cruz unpaid federal self-employment taxes for tax year ending December 31, 2015; and on July 2, 2018, also assessed against Mayra Ortiz Cruz unpaid federal self-employment taxes for tax year ending December 31, 2017.  Both tax liabilities stem from Form 1040-PR, which is filed to report taxes of income earned in Puerto Rico.

6. The total amount of federal self-employment taxes described in paragraph 5 that the Secretary of the Treasury assessed against Mayra Ortiz Cruz for tax years 2015 and 2017 is $2,437.46 as of May 14, 2026.

7. The Internal Revenue Service gave notice and demand for payment of the tax assessments described in paragraphs 5 and 6 to Mayra Ortiz Cruz.

8. Statutory additions for interest and penalties have accrued and will continue to accrue on the unpaid balance of the tax assessments described in paragraphs 5 and 6.

9. Mayra Ortiz Cruz has failed to pay the full amount owed under the assessments described in paragraphs 5 and 6.

10. By reason of the foregoing, Mayra Ortiz Cruz is indebted to the United States for federal self-employment tax and statutory additions for interest and penalties in the amount of **$2,437.46** as of May 14, 2026, plus interest and penalties that will continue to accrue according to law until paid.

COUNT II

REDUCE FEDERAL EMPLOYMENT AND
UNEMPLOYMENT TAX ASSESSMENTS TO JUDGMENT

11. On February 6, 2017, a delegate of the Secretary of Treasury of the United States assessed against Mayra Ortiz Cruz unpaid federal unemployment taxes for tax years 2010, 2011, 2012, 2013, and 2014.  This tax liability stems from Form 940-PR, which is an employer's filing of an Annual Federal Unemployment (FUTA) Tax Return.

12. The total amount of unpaid annual federal unemployment taxes described in paragraph 11 that the Secretary of the Treasury assessed against Mayra Ortiz Cruz for tax years 2010 through 2014 is $2,174.69 as of May 14, 2026.

13. The Internal Revenue Service gave notice and demand for payment of the tax assessments described in paragraphs 11 and 12 to Mayra Ortiz Cruz.

14. Statutory additions for interest and penalties have accrued and will continue to accrue on the unpaid balance of the tax assessments described in paragraphs 11 and 12.

15. Mayra Ortiz Cruz has failed to pay the full amount owed under the assessments described in paragraphs 11 and 12.

16. By reason of the foregoing, Mayra Ortiz Cruz is indebted to the United States for unpaid annual federal unemployment taxes and statutory additions for interest and penalties in the amount of **$2,174.69** as of May 14, 2026, plus interest and penalties that will continue to accrue according to law until paid.

17. A delegate of the Secretary of Treasury of the United States assessed against Mayra Ortiz Cruz unpaid quarterly employment taxes for tax years 2011 through 2018 for the amounts and on the dates set forth in this table:

| Year-Month of Quarter Tax Period | Form 941 Assessed Tax/Penalty | QUARTERLY EMPLOYMENT TAXES | | |
|---|---|---|---|---|
| | | Assessment Date | | Balance Incl. Penalty and Interest |
| 2011-06 | 1,494.02 | 02/06/2017 | | 3,440.94 |
| 2011-09 | 1,376.72 | 02/06/2017 | | 3,145.88 |
| 2011-12 | 1,580.37 | 02/06/2017 | | 3,588.08 |
| 2012-12 | 1,164.91 | 02/06/2017 | | 2,577.23 |
| 2013-03 | 1,340.09 | 01/09/2017 | | 2,943.30 |
| 2013-06 | 1,340.09 | 01/09/2017 | | 2,921.06 |
| 2013-09 | 1,340.09 | 01/09/2017 | | 2,898.92 |
| 2013-12 | 1,340.09 | 01/09/2017 | | 2,876.89 |
| 2014-03 | 1,340.09 | 01/09/2017 | | 2,855.71 |
| 2014-06 | 1,340.09 | 01/09/2017 | | 2,834.02 |
| 2014-09 | 1,340.09 | 01/09/2017 | | 2,812.42 |
| 2014-12 | 1,469.41 | 01/09/2017 | | 3,060.39 |
| 2015-03 | 1,340.09 | 01/09/2017 | | 2,770.34 |
| 2015-06 | 1,340.09 | 01/09/2017 | | 2,749.20 |
| 2015-09 | 1,340.09 | 01/09/2017 | | 2,728.18 |
| 2016-03 | 642.75 | 07/04/2016 | | 1,573.46 |
| 2016-06 | 1,380.09 | 07/03/2017 | | 2,727.99 |
| 2016-09 | 1,178.10 | 12/19/2016 | | 2,392.19 |
| 2016-12 | 1,242.51 | 04/10/2017 | | 2,487.50 |
| 2017-06 | 1,158.95 | 12/24/2018 | | 2,268.67 |
| 2017-09 | 1,092.27 | 06/18/2018 | | 2,022.47 |
| 2018-03 | 914.94 | 11/26/2018 | | 1,749.10 |
| 2018-06 | 186.13 | 02/06/2017 | | 317.60 |
| | **Total** | | | **$59,741.54** |

18. The tax liability set forth paragraph 17 stems from Form 941-PR, which is an employer's filings of a Quarterly Federal Tax Return.

4

19. The total amount of unpaid quarterly employment taxes described in paragraphs 17 and 18 that the Secretary of the Treasury assessed against Mayra Ortiz Cruz for tax years 2011 through 2018 is $59,741.54 as of May 14, 2026.

20. The Internal Revenue Service gave notice and demand for payment of the tax assessments described in paragraphs 17 through 19 to Mayra Ortiz Cruz.

21. Statutory additions for interest and penalties have accrued and will continue to accrue on the unpaid balance of the tax assessments described in paragraphs 17 through 19.

22. Mayra Ortiz Cruz has failed to pay the full amount owed under the assessments described in paragraphs 17 through 19.

23. By reason of the foregoing, Mayra Ortiz Cruz is indebted to the United States for unpaid quarterly employment taxes and statutory additions for interest and penalties in the amount of **$59,741.54** as of May 14, 2026, plus interest and penalties that will continue to accrue according to law until paid.

COUNT III

FORECLOSURE OF FEDERAL TAX LIENS ON REAL PROPERTY

24. The United States incorporates Paragraphs 1 through 23 of the complaint as if fully set forth herein.

25. Mayra Ortiz Cruz owns real property located at Urb. La Hacienda, Monte Grande C-8, Cabo Rojo, PR 00623, which is a single-family home located on two lots ("Real Property"). The Real Property is more properly described as:

> Número de Catastro: ---. Rústica: Solar: C-8. BARRIO MONTE GRANDE de Cabo Rojo. Cabida: 400.008 Metros Cuadrados. Linderos: Norte, CON LOS SOLARES C-3 y C-4 . Sur, CON LA CALLE 2 DE USO PUBLICO. Este, CON EL SOLAR C-9 . Oeste, CON EL SOLAR C-7 . ---CARGAS: Por su procedencia se halla afecto a servidumbres a favor de la Autoridad de Energia Electrica y la Autoridad de Acueductos y Alcantarillados.

5

SEGUN INSC 1ra este solar (i) esta afecto a una SERVIDUMBRE a favor de la PUERTO RICO TELEPHONE COMPANY de 14.286 METROS de largo por 5 PIES de ancho en su colindancia Sur. y (ii) enclava una residencia construida en concreto y bloques de hormigon para una familia.

26. By reason of the liabilities described in paragraphs 5, 6, 12, 13, 17-19, above, and pursuant to 26 U.S.C. § 6321, federal tax liens arose on the dates of assessments and attached to all property and rights to property owned by Mayra Ortiz Cruz.

27. Federal tax liens are attached to the Real Property as of the dates of assessments.

28. Notice of the federal tax lien for the assessments pertaining to the Form 1040-PR unpaid federal self-employment taxes of Mayra Ortiz Cruz described in paragraphs 5 and 6 was recorded in Registro de la Propiedad de PR, Admin Office San Juan, Puerto Rico 00902 on March 23, 2023 for tax years 2015 and 2017.

29. Notice of the federal tax lien for assessments pertaining to the Form 940-PR unpaid federal unemployment taxes for tax years 2010, 2011, 2012, 2013, and 2014 of Mayra Ortiz Cruz described in paragraphs 11 and 12 was recorded in Registro de la Propiedad de PR, Admin Office San Juan, Puerto Rico 00902 on February 6, 2017.

30. Notices of the federal tax lien for assessments pertaining to the Form 941-PR unpaid quarterly employment taxes for tax years 2011 through 2018 of Mayra Ortiz Cruz described in paragraphs 17 through 19 were recorded in Registro de la Propiedad de PR, Admin Office San Juan, Puerto Rico 00902 on the following dates:

| QUARTERLY EMPLOYMENT TAXES FORM | PERIODS | NOTICE FILING DATE |
|---|---|---|
| 941 | 2011-06, 2011-09, 2011-12, 2011-12, 2012-12 | 03/15/2017 |
| 941 | 2013-03, 2013-06, 2013-09, 2013-12, 2014-03, 2014-06, 2014-09, 2014-12, 2015-03, 2015-06, 2015-09, 2016-03 | 03/09/2017 |

6

| 941 | 2016-06 | 12/15/2017 |
| 941 | 2016-09 | 03/19/2017 |
| 941 | 2016-12 | 06/30/2017 |
| 941 | 2017-06 | 10/04/2018 |
| 941 | 2017-09 | 03/24/2023 |
| 941 | 2018-03 | 10/04/2018 |
| 941 | 2018-06 | 03/24/2026 |

WHEREFORE, the United States of America respectfully prays for judgment as follows:

(a) That the Court grant judgment in favor of the United States and against Mayra Ortiz Cruz for unpaid federal self-employment tax in the amount of **$2,437.46** as of May 14, 2026 together with statutory additions for interest and penalties that have accrued and will continue to accrue according to law until paid.

(b) That the Court grant judgment in favor of the United States and against Mayra Ortiz Cruz for unpaid federal unemployment taxes for tax years 2010, 2011, 2012, 2013, and 2014 in the amount of **$2,174.69** as of May 14, 2026 together with statutory additions for interest and penalties that have accrued and will continue to accrue according to law until paid.

(c) That the Court grant judgment in favor of the United States and against Mayra Ortiz Cruz for several unpaid quarterly employment taxes for tax years 2011 through 2018 in the amount of **$59,741.54** as of May 14, 2026 together with statutory additions for interest and penalties that have accrued and will continue to accrue according to law until paid.

(d) That the Court order that the United States of America has valid and subsisting tax liens on the Real Property.

(e) That the United States' tax liens be foreclosed.

(f) That the Real Property be sold free and clear of any interests of the parties to this proceeding.

(g) That the proceeds be distributed in accordance with the rights of the parties determined herein.

(h) That the Court grant the United States such other relief, including the costs of this action, that the Court deems appropriate.


Dated:  June 2, 2026                             Respectfully submitted

                                                BRETT A. SHUMATE
                                                Assistant Attorney General

                                                JOSHUA WU
                                                Deputy Assistant Attorney General, Tax
                                                Litigation Branch

                                                */s/ Beatriz T. Saiz*
                                                BEATRIZ T. SAIZ
                                                USDC-PR Bar # G00302
                                                Trial Attorney
                                                Tax Litigation Branch
                                                Civil Division, Department of Justice
                                                P.O. Box 227
                                                Washington, DC 20044
                                                Telephone: (202) 307-6565
                                                Beatriz.T.Saiz@usdoj.gov
                                                *Counsel for the United States of America*